IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30888
Summary Calendar
_____


CATRINA M. REED,

                                        Plaintiff-Appellee,


versus

R.C. JOHNSON et al.,

                                        Defendants,

and

WESLEY C. JOHNSON,
d/b/a African Harvest;
AFRICAN HARVEST, INC.,

                                        Defendants-Appellants.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 93-CV-1652 K
- - - - - - - - - -
May 15, 1997
Before DAVIS, EMILIA M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

    Wesley Johnson appeals from the district court's award of

attorney's fees to plaintiff Reed in her suit pursuant to the

Fair Labor Standards Act.  Johnson argues that the district court

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

abused its discretion in awarding attorney's fees.  We have reviewed the record and find no reversible error.  Accordingly, the judgment is AFFIRMED for essentially the reasons stated by the district court.  We AWARD Reed appellate attorney's fees and REMAND to the district court for a determination of the amount of the award.